UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE HOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; OAKLAND POLICE OFFICER ANTHONY CALDWELL; and DOES 1 to 10,<br><br>    Defendants. | Case No. C 04-4292 EDL<br><br>**(PROPOSED) ORDER EXTENDING MEDIATION DEADLINE** |

PURSUANT TO THE PARTIES' STIPULATION, the mediation deadline in the above-noted matter is hereby extended to October 15, 2005.

**IT IS SO ORDERED.**

Date: July 26, 2005

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

*(Signed: Judge Elizabeth D. Laporte)*

–1–
STIPULATION EXTENDING MEDIATION DEADLINE          C-04 4292 EDL