LAW OFFICES
**JOHN L. BURRIS**
www.johnburrislaw.com

John L. Burris
Ben Nisenbaum

John.Burris@JohnBurrisLaw.com
Ben.Nisenbaum@JohnBurrisLaw.com

August 10, 2005

The Honorable James Larson
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re: Donte Hooker vs. City of Oakland, et al.
    C 04-4292 EDL (JL)

Dear Judge Larson:

The parties in the matter of Hooker vs. the City of Oakland, et al. are requesting that the Settlement Conference scheduled to be held on August 11, 2005 be taken off calendar and set for another date.

Per my conversation today with Venice Thomas, the parties are requesting the Settlement Conference be moved to September 8, 2005 at 2:00 p.m.

Sincerely,

LAW OFFICES OF JOHN L. BURRIS

*Arlene Branch*

Arlene Branch

cc: Peter Halifax
    Hunter Pyle



IT IS SO ORDERED
Judge James Larson

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510) 839-3882