IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONTE HOOKER,             No. C-04-04292 EDL

    Plaintiff,            **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    v.

CITY OF OAKLAND,

    Defendant.
_____/

The Settlement Conference originally scheduled before Judge James Larson on August 11, 2005, having been continued until September 8, 2005, the Court orders that the Case Management Conference currently scheduled for September 6, 2005, be continued until September 20, 2005. The parties shall file an updated joint case management conference statement by September 13, 2005.

**IT IS SO ORDERED.**

Dated: August 17, 2005

                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge