Geoffrey A. Beaty, Esq. (State Bar #84997)
Damon M. Thurston, Esq. (State Bar #186861)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
1333 Broadway, Suite 600
Oakland, CA 94612
Tel: (510) 465-3922
Fax: (510) 452-3006

Attorneys for Defendant OAKLAND POLICE OFFICER ANTHONY CALDWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE HOOKER,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD in his capacity as chief of police for CITY OF OAKLAND; OFFICER ANTHONY CALDWELL; OFFICER TODD MORK; individually and in their capacities as police officers for the City of Oakland; DOES 1-100, inclusive,<br><br>        Defendants.<br>_____/ | Case Number:  C 04 4292 EDL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT OFFICER ANTHONY CALDWELL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Defendant OFFICER ANTHONY CALDWELL substitutes his counsel of record in this matter.

### **FORMER ATTORNEY**

Defendant OFFICER ANTHONY CALDWELL's former counsel:

John A. Russo, Esq., City Attorney
Randolph W. Hall, Esq., Asst. City Attorney
Peter Hallifax, Esq., Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Notice of Substitution of Counsel for Defendant CALDWELL  1

**NEW ATTORNEY**

Defendant OFFICER ANTHONY CALDWELL's new counsel:

Geoffrey A. Beaty, Esq.
Damon M. Thurston, Esq.
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
1333 Broadway. Suite 600
Oakland, CA 94612
Tel: (510) 465-3922
Fax: (510) 452-3006

**CONSENT TO SUBSTITUTION**

The undersigned consents to the substitution and certifies that this substitution will not delay the proceedings in this matter.

Dated: 9 Aug, 2005

_____
Officer Anthony Caldwell

Dated: 8/15/05, 2005

_____
Peter Hallifax, Esq., Deputy City Attorney

Dated: August 9, 2005

_____
Geoffrey A. Beaty, Esq.

**ORDER**

IT IS SO ORDERED.

Dated: August 17, 2005

_____
Judge Elizabeth D. Laporte

Notice of Substitution of Counsel for Defendant CALDWELL   2