JOHN L. BURRIS, ESQ. - State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200

HUNTER PYLE - State Bar #181125
SUNDEEN SALINAS ROMELL & PYLE
1330 Broadway, Suite 1830
Oakland, CA 94612
Telephone: (510) 663-9240

Attorneys for Plaintiff
DONTE HOOKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE HOOKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND; OAKLAND POLICE OFFICER ANTHONY CALDWELL; and DOES 1 to 10,<br><br>    Defendants. | Case No.  C 04-4292 EDL<br><br>**NOTICE OF DISMISSAL** |

PURSUANT TO THE EXECUTION OF THE PARTIES' SETTLEMENT, Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a)(1).

**The Law Offices of John L. Burris**

Dated: January 12, 2007      _____/s/_____
                              Ben Nisenbaum, Attorney for Plaintiff

–1–
NOTICE AND ORDER OF DISMISSAL                                      C-04 4292 EDL

-2-

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE HOOKER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND; OAKLAND POLICE OFFICER ANTHONY CALDWELL; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. C-04-4292 EDL<br><br>**ORDER OF DISMISSAL** |

## ORDER

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, pursuant to plaintiff's dismissal through his counsel.

**IT IS SO ORDERED.**

Date: February 14, 2007

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

*[SEAL: IT IS SO ORDERED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*